UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

KIMBLERY PRICE,

                                              JUDGMENT IN A CIVIL CASE

    Plaintiff,

v.                                          NO. 1:23-cv-01205-JDB-jay

TOYOTA MOTOR ENGINEERING &
MANUFACTURING NORTH AMERICA, INC.,
AND THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

    Defendants.

---

IT IS ORDERED AND ADJUDGED that in accordance with the RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITH PREJUDICE entered on November 22, 2023, this cause is hereby DISMISSED with prejudice.

                                              APPROVED:

                                              s/ J. DANIEL BREEN
                                              UNITED STATES DISTRICT JUDGE

                                              DATE: November 27, 2023

WENDY R. OLIVER
Clerk of Court

                                              s/Blair Moore
                                              (By)    Deputy Clerk